1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs
   LES JANKEY
6  and DISABILITY RIGHTS,
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12 | LES JANKEY, an individual; and             ) | **CASE NO. C06-2181 CRB**
   | DISABILITY RIGHTS, ENFORCEMENT,            ) |
13 | EDUCATION, SERVICES:HELPING YOU            ) | **NOTICE OF VOLUNTARY DISMISSAL**
   | HELP OTHERS, a California public benefit   ) | **OF DEFENDANTS SING NIRMAL AND**
14 | corporation,                               ) | **KAUR JASBIR**
   |                                            ) |
15 |        Plaintiffs,                         ) | (Fed. R.Civ. P. 41(a)(1)(i))
   |                                            ) |
16 | v.                                         ) |
   |                                            ) |
17 | ERNESTO'S PIZZA RESTAURANT;                ) |
   | SING NIRMAL and KAUR JASBIR;               ) |
18 | JAMES P. CHARAS, an individual dba         ) |
   | ERNESTO'S PIZZA RESTAURANT,                ) |
19 |                                            ) |
   |        Defendants.                         ) |
20 | _____ ) |

21
          NOTICE IS HEREBY GIVEN that plaintiffs LES JANKEY and DISABILITY
22
   RIGHTS ENFORCEMENT, EDUCATION SERVICES, by and through their undersigned
23
   counsel of record, pursuant to Fed.R.Civ. P. 41(a)(1)(i), voluntarily dismiss defendants SING
24
   ///
25
   ///
26
   ///
27
   ///
28

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS SING NIRMAL AND KAUR JASBIR                    1

1 NIRMAL and KAUR JASBIR, with prejudice, each party to bear its own attorneys' fees, costs
2 and litigation expenses.

3

4 Dated: April 21, 2006            THOMAS E. FRANKOVICH
                                   *A PROFESSIONAL LAW CORPORATION*
5

6
                                   By:  _____/s/_____
7                                        THOMAS E. FRANKOVICH
                                   Attorneys for Plaintiffs LES JANKEY and
8                                  DISABILITY RIGHTS ENFORCEMENT, EDUCATION
                                   SERVICES
9

10

11

12

13                                April 24, 2006
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28