1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:      415/674-8600
4  Facsimile:      415/674-9900

5  Attorneys for Plaintiffs LES JANKEY
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 LES JANKEY, an individual; and          )   CASE NO. C06-2181 CRB
   DISABILITY RIGHTS, ENFORCEMENT, )
   EDUCATION, SERVICES:HELPING YOU)            **STIPULATION AND [PROPOSED]**
12 HELP OTHERS, a California public benefit )  **ORDER GRANTING PLAINTIFFS LEAVE**
   corporation,                            )   **TO AMEND THE COMPLAINT AND**
13                                         )   **CONTINUING THE CASE**
            Plaintiffs,                    )   **MANAGEMENT CONFERENCE**
14                                         )
   v.                                      )
15                                         )
   ERNESTO'S PIZZA RESTAURANT;             )
16 ALBERT WONG and THERESA WONG            )
   as trustees of THE WONG FAMILY          )
17 TRUST; and JAMES P. CHARAS, an          )
   individual dba ERNESTO'S PIZZA          )
18 RESTAURANT,                             )
                                           )
19          Defendants.                    )
   _____)
20

21          IT IS STIPULATED by and between plaintiffs Les Jankey and Disability Rights

22 Enforcement, Education Services, and defendant James P. Charas, dba Ernesto's Pizza, that

23 plaintiffs may file the Second Amended Complaint attached hereto as Exhibit "A".  Since

24 service of the first amended complaint herein, plaintiffs have learned that Anastacios

25 Mermegas is one of the operators of Ernesto's Pizza Restaurant, the public accommodation

26 which is the subject of this litigation.  Accordingly, Anastacios Mermegas is a proper

27 defendant to this action, and plaintiffs' Second Amended Complaint adds Anastacios

28 Mermegas as a defendant.  It has also been brought to plaintiffs attention that the address of

the subject public accommodation is misstated in the complaint.  Plaintiffs' Second Amended Complaint corrects this clerical error with regard to the address of Ernesto's Pizza Restaurant.

IT IS FURTHER STIPULATED that, based on the representation of plaintiffs' counsel that service of the summons and complaint has not been effectuated on defendants Albert Wong and Theresa Wong despite extensive and diligent effort, and in anticipation of plaintiffs' Second Amended Complaint naming a new party to this action, that the case management conference currently set for June 30, 2006, and all associated filing deadlines be continued for a period of sixty (60) days.

Respectfully submitted,

Dated: June 22, 2006        THOMAS E. FRANKOVICH
                            *A PROFESSIONAL LAW CORPORATION*

                            By:      /s/
                                THOMAS E. FRANKOVICH
                            Attorneys for Plaintiffs LES JANKEY and
                            DISABILITY RIGHTS ENFORCEMENT, EDUCATION
                            SERVICES

Dated: June 22, 2006        MENEKSHE LAW FIRM


                            By:      /s/
                                Ayhan M. Menekshe
                            Attorneys for Defendants JAMES P. CHARAS and
                            ANASTACIOS MERMEGAS

**ORDER**

IT IS HEREBY ORDERED that plaintiffs may file the Second Amended Complaint attached hereto as Exhibit A.  IT IS FURTHER ORDERED that the case management conference currently set for June 30, 2006, is continued to  September 01   , 2006, at 8:30

///

///

///

///

1 a.m.  The parties shall comply with their meet and confer obligations no later than 21 days
2 prior to the conference, and shall submit a Joint Case Management Statement no later than 7
3 days before the conference.

5 Dated:  June 27  , 2006

7 _____
  Hon. Charles R. Breyer
  UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO AMEND
THE COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE                3