1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs LES JANKEY
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 LES JANKEY, an individual; and            )   **CASE NO. C06-2181 CRB**
   DISABILITY RIGHTS, ENFORCEMENT,           )
12 EDUCATION, SERVICES:HELPING YOU           )   **STIPULATION AND [~~PROPOSED~~]**
   HELP OTHERS, a California public benefit  )   **ORDER CONTINUING THE CASE**
13 corporation,                              )   **MANAGEMENT CONFERENCE**
                                             )
14        Plaintiffs,                        )
                                             )
15 v.                                        )
                                             )
16 ERNESTO'S PIZZA RESTAURANT;               )
   ALBERT WONG and THERESA WONG              )
17 as trustees of THE WONG FAMILY            )
   TRUST; and JAMES P. CHARAS and            )
18 ANASTACIOS MERMEGAS, individuals          )
   dba ERNESTO'S PIZZA RESTAURANT,           )
19                                           )
          Defendants.                        )
20 _____   )

21
            IT IS STIPULATED by and between plaintiffs Les Jankey and Disability Rights
22
   Enforcement, Education Services, and defendants James P. Charas and Anastacios Mermegas,
23
   dba Ernesto's Pizza, that the case management conference currently set for September 1, 2006,
24
   be continued for approximately thirty (30) days.
25
            Plaintiffs' counsel represents that service of the summons and complaint was only
26
   finally effectuated on defendants Albert Wong and Theresa Wong on July 31, 2006, despite
27
   extensive and diligent effort by plaintiff.  Accordingly, defendants Wong's response to the
28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE        1

complaint was not due until Monday, August 21, 2006.  Defendants Albert and Teresa Wong have failed to timely respond to the complaint, and a letter explaining the threat and consequence of default was mailed to them on Tuesday, August 22, 2006.  A true and correct copy of this letter is attached hereto as Exhibit A.  Plaintiffs' counsel has demanded a response from defendants Albert and Teresa Wong before August 30, 2006.  If such response is not timely received, a request for entry of default will be filed on August 31, 2006.

Because the parties were anticipating the participation of defendants Albert and Teresa Wong in these proceedings, and because the parties believed that preceding with settlement discussions absent the participation of all defendants would be inefficient and potentially counter-productive, the parties have not undertaken the early settlement procedures set-forth in the Court's standing order for disability access litigation.  Counsel are, however, now conferring in this regard and are moving forward with these settlement efforts.

Therefore, to allow either an appearance by or default against the Wong defendants to occur in advance of the case management conference, and to allow the stipulating parties to undertake the early settlement procedures required by the Court, the parties respectfully request that the case management conference and all associated filing deadlines be continued for thirty (30) days.

Respectfully submitted,

Dated: August 23, 2006        THOMAS E. FRANKOVICH
                              *A PROFESSIONAL LAW CORPORATION*


                              By:    /s/ Jennifer L. Steneberg
                                     Jennifer L. Steneberg
                              Attorneys for Plaintiffs LES JANKEY and
                              DISABILITY RIGHTS ENFORCEMENT, EDUCATION
                              SERVICES

///

///

///

///

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE        2

| | |
|---|---|
| Dated: August 23, 2006 | MENEKSHE LAW FIRM |

By:   /s/ Ayhan M. Menekshe
      Ayhan M. Menekshe
Attorneys for Defendants JAMES P. CHARAS and
ANASTACIOS MERMEGAS

### **ORDER**

IT IS HEREBY ORDERED that the case management conference currently set for September 1, 2006, is continued to  October 6     , 2006, at 8:30 a.m.  The parties shall comply with their meet and confer obligations no later than 21 days prior to the conference, and shall submit a Joint Case Management Statement no later than 7 days before the conference.

Dated:  August 25  , 2006



Hon. Charles R. Breyer
UNITED STATES DISTRICT