THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:     415/674-8600
Facsimile:     415/674-9900

Attorneys for Plaintiffs LES JANKEY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>ERNESTO'S PIZZA RESTAURANT; ALBERT WONG and THERESA WONG as trustees of THE WONG FAMILY TRUST; and JAMES P. CHARAS and ANASTACIOS MERMEGAS, individuals dba ERNESTO'S PIZZA RESTAURANT,<br><br>            Defendants. | **CASE NO. C06-2181 CRB**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2 through their designated counsel that the above-captioned action be and hereby is dismissed
3 with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

4     This stipulation may be executed in counterparts, all of which together shall constitute
5 one original document.

7 Dated: January 31, 2007      THOMAS E. FRANKOVICH
    *A PROFESSIONAL LAW CORPORATION*

9 By:   /s/
    Jennifer L. Steneberg
10 Attorneys for Plaintiffs LES JANKEY and
DISABILITY RIGHTS ENFORCEMENT, EDUCATION
11 SERVICES

13 Dated: January 4, 2007      MENEKSHE LAW FIRM

15 By:   /s/
    Ayhan M. Menekshe
Attorneys for Defendants JAMES P. CHARAS,
16 ANASTACIOS MERMEGAS and ALBERT and
THERESA WONG, as trustees of THE WONG FAMILY
17 TRUST

## **ORDER**

19     IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
20 Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for
21 the purpose of enforcing the parties' Settlement Agreement and General Release should such
22 enforcement be necessary.

24 Dated: _Feb. 02_____, 2007

26 Hon. Charles R. Breyer
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED — Judge Charles R. Breyer*

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON      2